# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:

BARBARA JEAN BAILEY-TERRELL
6032 CHERRY HILL ROAD
MONTGOMERY, AL 36116

Case No.16-33611-WRS

Chapter 13

Debtor

---

# Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

WAL MART
ATTN PAYROLL
702 SW 8TH ST
BENTONVILLE, AR  72716

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, December 7, 2021.

*/s/ William R. Sawyer*

William R. Sawyer
United States Bankruptcy Judge

cc:  Barbara Jean Bailey-Terrell